UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN K. RICHARDSON, | 1:05-cv-00777-AWI NEW (DLB) P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 29) |
| vs. | **ORDER GRANTING MOTION TO DISMISS** (Doc. 23) |
| C/O J. SHERRITT, | |
| Defendant. | **ORDER DISMISSING ACTION** |

Plaintiff, Bryan K. Richardson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 10, 2007, the Magistrate Judge filed Findings and Recommendations that recommended defendant's motion to dismiss be granted and this action be dismissed because plaintiff did not exhaust administrative remedies prior to filing suit. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30)

1

days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 10, 2007, are ADOPTED IN FULL;
2. Defendant's motion to dismiss, filed February 14, 2007, is GRANTED; and,
3. This action is DISMISSED for plaintiff's failure to exhaust administrative remedies.

IT IS SO ORDERED.

**Dated:    June 13, 2007**                          /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE

2